# ASHBY & GEDDES

### ATTORNEYS AND COUNSELLORS AT LAW

### 500 DELAWARE AVENUE

### P. O. BOX 1150

### WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

May 6, 2024

The Honorable Maryellen Noreika                 <u>**REDACTED PUBLIC VERSION**</u>
United States District Court
844 N. King Street
Wilmington, DE 19801

      Re:    *Exact Sciences Corporation v. Geneoscopy, Inc.,*
           <u>C.A. No. 23-1319-MN</u>

Dear Judge Noreika:

      We write to inform the Court that the Food and Drug Administration (FDA) has approved Geneoscopy's premarket approval application (PMA) for its device ColoSense®.  A copy of the FDA's approval letter is attached for the Court's reference.

                          Respectfully,

                          */s/ Steven J. Balick*

                          Steven J. Balick (#2114)

SJB/nlm
Attachment

cc:     Counsel of Record (via electronic mail; w/attachment)

# ATTACHMENT

# REDACTED IN ITS ENTIRETY