# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

July 9, 2025

The Honorable Maryellen Noreika             VIA ELECTRONIC FILING
United States District Court
844 N. King Street
Wilmington, DE 19801

Re:   *Exact Sciences Corporation v. Geneoscopy, Inc.,*
      C.A. No. 23-1319-MN (consolidated)

Dear Judge Noreika:

We write on behalf of Geneoscopy to inform the Court that earlier this evening, the Patent Trial and Appeal Board ("PTAB") issued its Final Written Decision following *inter partes* review that all 20 claims of U.S. Patent No. 11,634,781 ("the '781 patent") asserted by Exact Sciences in the above-captioned litigation are unpatentable as obvious under 35 U.S.C. § 103. A copy of the PTAB's Decision is attached.

We respectfully request that at the Court's earliest convenience, it now consider and grant Geneoscopy's Renewed Motion to Stay Pending *Inter Partes* Review (D.I. 216) for the reasons set forth in Geneoscopy's opening and reply briefs (D.I.s 217 and 234) in support of the motion.

We are available at the Court's convenience in the event that Your Honor has questions or would find a status conference helpful.

Respectfully,

*/s/ Steven J. Balick*

Steven J. Balick (#2114)

Attachment
cc:   Counsel of Record (via electronic mail; w/attachment)

{02140941;v1 }