IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EXACT SCIENCES CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-1319-MN |
| | ) | (consolidated) |
| GENEOSCOPY, INC., | ) | |
| | ) | C.A. No. 24-583-MN |
| Defendant. | ) | |

**JOINT STIPULATION AND ORDER OF DISMISSAL**

Plaintiff, Exact Sciences Corporation, ("Exact Sciences") brought *Exact Sciences Corporation v. Geneoscopy, Inc.* C.A. 23-1319-MN and asserted claims for a declaratory judgment of infringement of U.S. Patent 11,634,781 (Count I), false advertising in violation of the Lanham Act (Count II), deceptive trade practices under Delaware law (Count III), and unfair competition (Count IV). Exact Sciences brought *Exact Sciences Corporation v. Geneoscopy, Inc.* C.A. 24-583-MN and asserted a claim for a declaratory judgment of infringement of U.S. Patent No. 11,970,746 (Count I) (together with U.S. Patent No. 11,634,781, the "Asserted Patents"). C.A. 24-583-MN was later consolidated into C.A. 23-1319-MN. The version of Geneoscopy's ColoSense® product approved by the FDA on May 3, 2024 (and not the version approved by the FDA under a Supplemental PMA on May 14, 2025), in the form in which it was then so approved, whenever used, sold, offered for sale, or imported, is referred to herein as "Prior ColoSense."

Defendant, Geneoscopy, Inc., ("Geneoscopy") asserted counterclaims in C.A. 23-1319 for a declaratory judgment of non-infringement of U.S. Patent No. 11,634,781 (Count I), declaratory judgment of invalidity of U.S. Patent No. 11,634,781 (Count II), declaratory judgment of unenforceability of U.S. Patent No. 11,634,781 (Count III), breach of contract (Count IV), trade secret misappropriation under the Defend Trade Secret Act (Count V), trade secret

misappropriation under the Missouri Uniform Trade Secrets Act (Count VI), unfair competition (Count VII), and tortious interference with prospective business relations (Count VIII), and asserted counterclaims in response to the claim brought in C.A. 24-583 for a declaratory judgment of non-infringement of U.S. Patent No. 11,970,746 (Count I), declaratory judgment of invalidity of U.S. Patent No. 11,970,746 (Count II), and declaratory judgment of unenforceability of U.S. Patent No. 11,970,746 (Count III).

The undersigned, for and on behalf of Exact Sciences and Geneoscopy, hereby stipulate and agree, subject to the approval and Order of the Court, to the dismissal of all claims and counterclaims *with prejudice* except that (i) Exact Sciences' claims for infringement of the Asserted Patents by Geneoscopy's Prior ColoSense® product, and (ii) Geneoscopy's counterclaims for declaratory judgments of non-infringement, invalidity, and unenforceability of the Asserted Patents and all defenses related thereto, are dismissed *without prejudice*.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Derek J. Fahnestock*

Brian P. Egan (#6227)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
began@morrisnichols.com
dfahnestock@morrisnichols.com

*Attorneys for Plaintiff*

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com

*Attorneys for Defendant*

IT IS HEREBY ORDERED on this ________ day of _______________, 2026.

________________________________

United States District Judge